IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON BOONE<br>KENNETH BROOKS, JR.<br>MICHAEL BROWN<br>WALTER BRUNSON, JR.<br>KEVIN BUSH<br>MARC CAIN<br>BRIAN HOUSEHOLDER<br>PRINCESS MAKOKELE<br>DAVID MCCOMB<br>SHAWN MCFARLAND<br>STEVE MILLER<br>ANDREW MOLINARO<br>MICHAEL PUSATERI<br>JOHNNITA RICHARDSON<br>WARREN SADLER<br>MATTHEW SPICER<br>KRISTEN STEFFAN<br>BRADLEY STOPPERICH<br>JAMES VANCE | Criminal No. 20-347<br>[UNDER SEAL]<br><br>FILED<br>NOV 13 2020<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA |

ORDER

AND NOW, to wit, this 13th day of November 2020, upon consideration of the Motion for Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Arrest Warrants shall issue for the apprehension of defendants BRANDON BOONE, KENNETH BROOKS, JR., MICHAEL BROWN, WALTER BRUNSON, JR., KEVIN BUSH, MARC CAIN, BRIAN HOUSEHOLDER, PRINCESS MAKOKELE, DAVID MCCOMB, SHAWN MCFARLAND, STEVE MILLER, ANDREW

MOLINARO, MICHAEL PUSATERI, JOHNNITA RICHARDSON, WARREN SADLER, MATTHEW SPICER, KRISTEN STEFFAN, BRADLEY STOPPERICH, and JAMES VANCE.

Bond, if any, shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney