IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 20-347 |
| ) | |
| JAMES VANCE    ) | |

## ORDER

AND NOW, this 20th day of November 2020, upon consideration of the government's emergency motion [ECF 149], it is HEREBY ORDERED that the Order entered in the United States District Court for the District of New Jersey by U.S. Magistrate Judge Dickson is STAYED. It is FURTHER ORDERED that the Defendant, JAMES VANCE, shall be placed into the custody of the United States Marshals Service and be transported forthwith to the Western District of Pennsylvania for further proceedings on the government's request that Defendant, JAMES VANCE, be detained pending a hearing on the government's motion.

It is FURTHER ORDERED that the government shall promptly notify the Court as to when the Defendant has been transferred to this District, in order for the Court to either schedule a hearing, or otherwise order supplemental briefing on the government's motion to revoke.

/s/ J. Nicholas Ranjan
J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF PENNSYLVANIA