# WORGUL, SARNA & NESS, CRIMINAL DEFENSE ATTORNEYS, LLC

MICHAEL V. WORGUL, ESQ.   *Managing Partner*
SAMIR SARNA, ESQ.          *Partner*
MATTHEW NESS, ESQ.         *Partner*
WILLIAM J. THEISEN, ESQ.

Phone: (412) 862-0347
Fax: (412) 402-5000

429 Fourth Ave
STE 1700
Pittsburgh, PA 15219

November 22, 2020

**Appearance of Counsel**

United States of America
v.
James Vance

2:20-cr-00347-NR-21

Attorney William J. Theisen hereby enters his appearance on behalf of Defendant, James Vance, at the case captioned at 2:20-cr-00347-NR-21.

Sincerely,

    /s/ William J. Theisen
William J. Theisen, Esq.

William J. Theisen, Esq.
Pa. Id. No. 328013
429 Fourth Ave., Ste. 1700
Pittsburgh, PA 15219
will@mvwlaw.com
P: (412) 862-0347
F: (412) 402-5000